IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-00393-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| YOMERE JUAN BUSBEE, | |
| Defendant. | |

This matter comes before the court on the United States' motion to redact certain transcripts [DE 306], in a manner so as to only reveal the first initial of the first and last names of four victims in the case (one of whom is a minor). Pursuant to Rule 49.1(a)(3) of the Federal Rules of Criminal Procedure as to the minor victim, and for other good cause shown, the motion is GRANTED. The Clerk of Court is directed to place DE 297, DE 299, DE 301, and DE 304 under seal. Further, the United States is directed to re-file the aforementioned transcripts with redactions to victim names in a manner consistent with this order by October 6, 2023.

SO ORDERED this __3d__ day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE