IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-00393-M-1

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| YOMERE JUAN BUSBEE, | |
| Defendant. | |

This matter comes before the court on the United States' motion to seal its motion to redact certain transcripts [DE 307]. For good cause shown, the motion is GRANTED IN PART. The Clerk of Court is directed to place DE 306-2 under seal, which identifies certain victims by name (including one minor). *See* Fed. R. Crim. P. 49.1(a)(3). However, DE 306, which contains no personally identifying information of any victim, and DE 306-1, a proposed order, need not be placed under seal.

SO ORDERED this 3d day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE