IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-00393-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YOMERE JUAN BUSBEE, <br><br> Defendant. | AMENDED ORDER |

This matter comes before the court sua sponte. On October 3, 2023, the court granted the United States' motion to redact certain transcripts and ordered "the United States ... to re-file the aforementioned transcripts ... by October 6, 2023." DE 308 at 1. The court hereby AMENDS that order to ensure consistency with transcript filing and redaction procedures for the United States District Court of the Eastern District of North Carolina. Accordingly, the court reporter [Risa Kramer] is directed to file the redacted transcripts by the deadlines established by this court's transcript redaction procedures (and noted in the docket entries for DE 297, DE 299, DE 301, and DE 304).

SO ORDERED this 5th day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE